IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAXWELL G. HORKINS, III, | ) |
| | ) |
|    Plaintiff, | ) |
| | )   CIVIL ACTION NO. 3:12-CV-784 |
| v. | ) |
| | ) |
| MIDLAND CREDIT | ) |
| MANAGEMENT, INC. | ) |
| | ) |
|    Defendant. | ) |

## STIPULATON OF DISMISSAL WITH PREJUDICE

Plaintiff Maxwell G. Horkins, III, by counsel, and Defendant Midland Credit Management, Inc., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Jason Barnette_____
Jason Barnette Esq. BPRN 26960
Barnette Law Offices
2919 Shadyside Road
Saint Albans, WV  25177
Telephone:  615-585-3885
Fax:  615-250-8787
Email:  jwb@barnettelawoffices.com

Approved for Entry:

*/s/ Christopher F. Heinss with permission*_____
Christopher F. Heinss (BPR #23285)
Attorney for Defendant,
Midland Credit Management, Inc.
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL  35203
Telephone: (205) 226-3468
Fax:          (205) 488-5642
Email: cheinss@balch.com