IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAXWELL G. HORKINS, III, </br></br>    Plaintiff, </br></br>v. </br></br>MIDLAND CREDIT MANAGEMENT, INC. </br></br>    Defendant. | No. 3:09-cv-00784 </br>Judge Nixon </br>Magistrate Judge Bryant |

## ORDER

The parties to this action have filed a Stipulation of Dismissal with Prejudice in the above-captioned case. (Doc. No. 15.) Having reached a settlement, they request the Court to dismiss all claims with prejudice, with each party to bear its own costs and attorneys' fees. (*Id.*) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this  30th  day of November, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT